

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2016

No. 04-16-00377-CV

**IN THE INTEREST OF A.N.G., A.M. AND A.M., CHILDREN**,

From the County Court, Jim Wells County, Texas
Trial Court No. 14-09-53681-CV
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

       This is an accelerated appeal of the trial court's order terminating appellant's parental rights.  The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration.  TEX. R. JUD. ADMIN. 6.2.  Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

       The clerk's record and reporter's records for this appeal were due to be filed on June 23, 2016.  The court reporter and trial court clerk filed notifications of late record stating the records had not been filed because appellant failed to pay or make arrangements to pay the fees for preparing the record and appellant is not entitled to appeal without paying the fee.  Our records indicated that appellant was represented by retained counsel.

       On June 28, 2016, appellant was ordered to provide written proof by July 8, 2016 that either: (1) the fees had been paid or arrangements had been made to pay the fees for the preparation of both the clerk's record and reporter's record in this appeal; or (2) appellant is entitled to appeal without paying the fees.  On July 7, 2016, appellant filed a copy of the affidavit of indigence she filed with the trial court.  It is therefore ORDERED that this appeal is abated to the trial court to determine whether appellant is indigent, and, if appellant is indigent, the trial court is ORDERED to appoint counsel to represent appellant on appeal.  The trial court's order determining whether appellant is indigent must be signed no later than ten days from the date of this order, and the trial court clerk is ORDERED to file a supplemental clerk's record containing the trial court's order no later than fifteen days from the date of this order.

                                         *Sandee Bryan Marion*
                             Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2016.



Keith E. Hottle
Clerk of Court